IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE PRIMERA ENERGY, LLC | § | |
|     DEBTOR. | § | CASE NO. 15-51396-CAG |
| | § | Chapter 11 |
| | § | |
| J. SCOTT ROSE, AS RECEIVER. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SYNERGY E&P, LLC and | § | Adv. Pro. No. 19-05001-cag |
| KRISTI M. ALFARO, | § | |
|     Defendants. | § | |

**STIPULATION EXTENDING TIME
FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE CRAIG GARGOTTA:

J. Scott Rose, as Receiver (the "Receiver") and Synergy E&P, LLC and Kristi M. Alfaro through their respective counsel, enter into this Stipulation Extending Time for Defendants to Respond to the Complaint (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendants may answer, move, or otherwise plead to the Complaint is hereby further extended to and including March 16, 2019.

Dated: February 11, 2019

1

Respectfully submitted,

JACKSON WALKER L.L.P.
100 Congress Ave., Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 - FAX

/s/ *Jennifer F. Wertz*
Jennifer F. Wertz
State Bar No. 24072822
(512) 236-2247 – Direct Phone
(512) 391-2147 – Direct Fax
Email address: jwertz@jw.com

**COUNSEL FOR J. SCOTT ROSE, RECEIVER**

/s/ *William M. Clanton*
William M. Clanton
State Bar No. 24049436
Law Office of Bill Clanton PC
926 Chulie Drive
San Antonio, Texas 78216
(210) 226-0800 – Telephone
(210) 338-8660 – Facsimile
Email: bill@clantonlawoffice.com

**COUNSEL FOR DEFENDANTS**